DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMAN AL-ZUBIER,<br><br>               Plaintiff,<br><br>   v.<br><br>TRACY RENAUD, Associate Director, USCIS Service Center Operations, et al.,<br><br>               Defendants. | C 20-03379 SVK<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND [~~PROPOSED~~] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate to a two-month extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before September 25, 2020.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or August 17, 2020, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or September 24, 2020. In light of the agreed-upon extension for Defendants' response to the Complaint,

the parties request that, if Plaintiff has not filed a motion for summary judgment by October 26, 2020, Defendants must file their motion for summary judgment by November 24, 2020.

Date: July 20, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

 /s/ Sara Winslow
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

Dated: July 20, 2020

/s/Robert B. Jobe
ROBERT B. JOBE
CHIDAMBARA SASTRY SARVA
Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants' response to the Complaint is due by September 25, 2020. If Plaintiff has not filed a motion for summary judgment by October 26, 2020, Defendants must file their motion for summary judgment by November 24, 2020.

IT IS SO ORDERED.

Date: July 20, 2020

SUSAN VAN KEULEN
United States Magistrate Judge